# EXHIBIT A

## LINDA BLAIS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | She Bangs | Sound Loaded | 305-060 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |